IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| EVEREST TRANSPORTATION SYSTEMS, LLC, an Illinois limited liability company<br>    Plaintiff,<br><br>v.<br><br>GLOPAK USA CORP.,<br>a New York corporation,<br>    Defendant. | Case No. 1:19-cv-01730<br><br>Honorable Andrea R. Wood |

## JOINT MOTION FOR ENTRY OF STIPULATED FINAL JUDGMENT

Plaintiff, EVEREST TRANSPORTATION SYSTEMS, LLC and Defendant GLOPAK USA CORP. jointly move the Court for entry of the Stipulated Final Judgment which is attached hereto. The parties hereto have fully settled their dispute by entering into a written agreement that provides for the entry of the attached Stipulated Final Judgment.

Dated: September 8, 2020.             Respectfully submitted,

                          Jennifer A. Esposito
                          Kantor Apter & Esposito, Ltd.
                          666 Dundee Road, Suite 307
                          Northbrook, Illinois 60062
                          (847)272-8850
                          jae@kantorapter.com

                          Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

EVEREST TRANSPORTATION )
SYSTEMS, LLC, an Illinois limited )
liability company )
                Plaintiff, )   Case No. 1:19-cv-01730
                 )
v. )   Judge:   Honorable Andrea R. Wood
                 )
GLOPAK USA CORP., )
an Illinois corporation, )
              Defendant. )

## STIPULATED FINAL JUDGMENT

Upon the stipulation and consent of the parties, the Court being advised of the premises, it is hereby ordered, adjudged and decreed as follows, and the Court makes the following findings of fact and conclusions of law:

1. The Court has jurisdiction over the parties and the subject matter.

2. Venue in this matter is proper in this District.

3. The Complaint states a claim upon which relief may be granted against Defendant.

4. The Parties have elected to settle their dispute by entering into a written agreement that provides for the entry of this Stipulated Final Judgment.

5. Defendant has entered into this Stipulated Final Judgment freely and without coercion.

6. This Stipulated Final Judgment applies to and is binding upon the Defendant and its successors and assigns. Any change in ownership or corporate status of Defendant, including, but not limited to, any transfer of assets or real or personal property, shall in no way alter Defendant's responsibilities under this Stipulated Final Judgment.

7. Plaintiff and Defendant hereby waive all rights to appeal or otherwise challenge or contest the validity of this Stipulated Final Judgment.

8. Entry of this Stipulated Final Judgment is in the public interest.

## **MONETARY JUDGMENT**

IT IS ORDERED that:

A. Judgment in the amount of One Hundred and Fifty-Eight Thousand Dollars ($158,000.00) is entered in favor of Plaintiff EVEREST TRANSPORTATION SYSTEMS LLC, an Illinois limited liability company, and against Defendant GLOPAK USA CORP., a New York corporation.

B. Interest shall accrue from the date of entry hereof at the rate of interest determined by 28 U.S.C. § 1961.

C. This Judgment is final for purposes of entry and for registry under 28 U.S.C. § 1963.

SO ORDERED this _____ day of _____, 2020.

 

_____
Honorable Andrea R. Wood
United States District Judge

The parties, by their respective counsel, hereby consent to the entry of the forgoing Stipulated Final Judgment.

| | |
|---|---|
| Timothy E. Horton | Jennifer A. Esposito |
| Polales Horton LLP | Kantor Apter & Esposito, Ltd. |
| 53 W. Jackson Blvd, Suite 928 | 666 Dundee Road, Suite 307 |
| Chicago, Illinois 60604 | Northbrook, Illinois 60062 |
| (312) 598-2520 | (847)272-8850 |
| thorton@polaleshorton.com | jae@kantorapter.com |
| | |
| Attorney for Defendant | Attorney for Plaintiff |